Jay Gairson, WSBA No. 43365 (admitted pro hac vice, Dkt. 5)
GAIRSON LAW, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington 98108
(206) 357-4218 / jay@gairson.com

Zach Nightingale, CA SBN 184501
VAN DER HOUT LLP
360 Post St, Ste 800
San Francisco, CA 94108
(415) 981-3000 / zn@vblaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALIREZA ALIZADEH, et al., | Case No. 5:26-cv-05714-NC |
| Plaintiffs, | **STIPULATED REQUEST TO SET BRIEFING SCHEDULE (CIVIL L.R. 6-2); AND ORDER** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendants. | |

The parties, through their respective counsel, stipulate and request that the Court enter the following schedule governing both the application for a temporary restraining order and the motion for a preliminary injunction (Dkt. 11):

1.  Any opposition shall be filed by July 20, 2026 at 11:59 p.m.;

2.  Any reply shall be filed by July 21, 2026 at 5:00 p.m.;

3.  The application and motion shall be submitted on July 22, 2026. The parties request argument by Zoom videoconference and are available on 24 hours' notice;

4.  The noticed August 19, 2026 hearing on the preliminary-injunction motion is vacated;

5.  This schedule remains effective if the action is reassigned; and

6.  Upon entry of this Order, Plaintiff's motion to shorten time (Dkt. 15) is withdrawn as moot, and no action is required on the proposed order at Dkt. 15-1.

**Civil L.R. 6-2(a).** This request is supported by the Declaration of Jay Gairson (Dkt. 13), which states the reasons for the requested change of time (¶¶ 3, 5-6, 12-13), all previous time

STIPULATED REQUEST TO SET BRIEFING
SCHEDULE (CIVIL L.R. 6-2); AND ORDER
Case No. 5:26-cv-05714-NC

Page 1 of 2

Gairson Law, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington  98108
(206) 357-4218 / jay@gairson.com

modifications (¶ 16), and the effect on the schedule for the case (¶ 17). Paragraph 16 was executed before the Court's July 16, 2026 order setting the consent-or-declination deadline at July 17, 2026 at 12:00 p.m. (Dkt. 17), which is the only modification of time in this case. No other date in the Scheduling Order (Dkt. 6) is affected.

IT IS SO STIPULATED.

Dated: July 16, 2026

By: /s/ Jay Gairson
Jay Gairson, WSBA No. 43365 (admitted pro hac vice, Dkt. 5)
GAIRSON LAW, LLC
Attorneys for Plaintiffs

By: /s/ Molly Friend
Molly Friend
Assistant United States Attorney
Attorneys for Defendants

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory above.

/s/ Jay Gairson
Jay Gairson, WSBA No. 43365 (admitted pro hac vice, Dkt. 5)

**ORDER**

The motion for a preliminary injunction, Dkt. 11, is set for July 22, 2026, at 11:00 a.m. via Zoom, webinar. To access the zoom webinar please visit https://cand.uscourts.gov/judges/nc/cousins-nathanael-m

Dated: _____July 16, 2026_____

_____
NATHANAEL M.
Chief United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

STIPULATED REQUEST TO SET BRIEFING
SCHEDULE (CIVIL L.R. 6-2); AND ORDER
Case No. 5:26-cv-05714-NC

Gairson Law, LLC
4606 Martin Luther King Jr Way S
Seattle, Washington  98108
(206) 357-4218 / jay@gairson.com

Page 2 of 2