CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIREZA ALIZADEH, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>            Defendants. | Case No. 5:26-cv-05714-NC<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE; ORDER** |

Pursuant to Local Civil Rules 6-2 and 7-12, the Parties to the above action hereby stipulate as follows:

1.      On June 12, 2026, Plaintiffs filed a Complaint pursuant to the Mandamus Act and Administrative Procedure Act regarding their pending Form I-485 and I-765 applications. Dkt. 1.

2.      On July 15, 2026, Plaintiffs filed a Motion for Temporary Restraining Order (TRO) seeking an order to compel adjudication of Plaintiff Alireza Alizadeh's Form I-765. Dkt. 11. Pursuant to stipulation, the Court entered a briefing and hearing schedule on the Motion for TRO. Dkt. 20.

3.      The Parties have conferred, and Defendant United States Citizenship and Immigration Services ("USCIS") agrees that it will complete initial adjudicative action on Plaintiff's Form I-765 by July 27, 2026.  USICS will email counsel for Plaintiff a copy of the adjudicative action by 5:00 p.m. on

STIPULATION
5:26-cv-05714-NC                                    1

July 27, 2026.

4.      If the I-765 is approved, USCIS will take steps to produce the Employment Authorization Document ("EAD") card and will provide confirmation that the card is in production by July 30, 2026.

5.      The Parties agree that Plaintiff's Motion for TRO will be stayed pending this adjudication.  Plaintiff agrees that it will withdraw the motion once Defendants communicate the adjudicative action as set forth in Paragraph 3.

6.      In the event the adjudicative action is not completed by July 27, 2026, the parties agree to the following deadlines for Plaintiff's motion:

a.      Defendants shall respond to the Motion for TRO by July 28, 2026, at 12:00 p.m.;

b.      Plaintiffs shall file a reply by July 28, 2026, at 9:00 p.m.;

c.      The hearing on the Motion shall be scheduled for July 29, 2026, at 11:00 a.m. via Zoom.

7.      This is the first request for a continuation of these dates.  This continuance will not impact any other deadlines currently set in this matter. This stipulation is supported by the attached Declaration of Molly A. Friend.

The parties respectfully request that the Court grant their stipulation.

Dated: July 17, 2026                              Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: July 17, 2026

/s/ Jay Gairson
JAY GAIRSON
Gairson Law, LLC
Attorneys for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 20, 2026

_____
NATHANAEL M. COUSINS
United States



GRANTED

Judge Nathanael M. Cousins

STIPULATION
5:26-cv-05714-NC                                            3

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare as follows:

1.     I am an Assistant United States Attorney in the Northern District of California and I have been assigned to represent Defendants in the above captioned matter.  If called to testify, I would and could competently testify as to the facts in this declaration.

2.     Defendants agree to complete initial adjudicative action on Plaintiff Alireza Alizadeh's Form I-765 by July 27, 2026. As such, the Parties conferred and agreed to stipulate to a continuation of the briefing and hearing schedule for Plaintiffs' Motion for Temporary Restraining Order.

3.     This is the first request for a continuance in this matter. This continuance will not impact any other deadlines in this matter.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 17th day of July 2026, in San Francisco, California.

/s/ Molly A. Friend
Molly A. Friend

STIPULATION
5:26-cv-05714-NC                          4